1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JEFFREY H. S.,[1]

          Plaintiff,

    v.

ANDREW M. SAUL, Commissioner of Social Security,

          Defendant.

Case No. SACV 19-01670 AB (RAO)

**JUDGMENT**

     Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and this matter is REMANDED for further administrative action.

DATED: March 09, 2021

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.